```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 04164
   JONATHON GALAYDA
   JULIE A GALAYDA                                 CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8226      SSN XXX-XX-1988


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/09/07 and confirmed on 09/05/07.

    2.  The case was dismissed after confirmation, 01/25/2008.

    3.  The Debtor paid a total of $   1425.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
STANDARD BANK & TRUST      CURRENT MORTG        .00             .00            .00
STANDARD BANK & TRUST CO   MORTGAGE ARRE        .00             .00            .00
ASPIRE VISA                UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED          4723.57           .00            .00
CAPITAL ONE BANK           UNSECURED           890.42           .00            .00
COLLECTION PROFESSIONALS   UNSECURED            33.15           .00            .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED            .00            .00
FINGERHUT                  UNSECURED       NOT FILED            .00            .00
FIRST SAVINGS CREDIT CAR   UNSECURED       NOT FILED            .00            .00
GRANDPOINTE                UNSECURED           508.55           .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           587.83           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           924.70           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           835.21           .00            .00
ILLIANA FINANCIAL CREDIT   UNSECURED          3651.14           .00            .00
MRS ASSOCIATES             UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL              UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
PLATINUM CAPITAL           UNSECURED       NOT FILED            .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO FINANCIAL RE   UNSECURED       NOT FILED            .00            .00
WACHOVIA DEALER SERVICES   UNSECURED          2063.91           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           942.48           .00            .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00          .00    15160.96          .00    15160.96
PRINCIPAL PAID                  .00          .00         .00          .00         .00
INTEREST PAID                   .00          .00         .00          .00         .00
TOTAL PAID                      .00          .00         .00          .00         .00
```

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   3000.00
and was paid $    425.00  direct and $   1360.88  through the plan.

The Trustee received $      64.12 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE